IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

UNITED STATES OF AMERICA              :

vs.                                   : CRIMINAL ACTION 13-00130-WS

JOSHUA SHANE DAVIS                    :

ORDER OF REVOCATION OF RELEASE AND
ORDER OF DETENTION PURSUANT TO 18 U.S.C. § 3148(b)

A hearing was held on November 13, 2013, before the undersigned Magistrate Judge to review defendant, Joshua Shane Davis', conditions of release. Defendant's Pretrial Services Officer issued a report (Notice of Apparent Violation) to the Court requesting that Defendant be detained pending further proceedings and alleging that Defendant failed to comply with modified conditions of release previously imposed (doc. 24). Present at the hearing were the defendant along with his retained counsel Tim Fleming, Esq., and Assistant United States Attorney Gloria Bedwell.[1]

After consideration of the evidence and argument presented at the hearing, the undersigned finds that the following facts were established.

1.  Defendant appeared before the undersigned Magistrate Judge for an initial appearance and arraignment on June 19, 2013 at which time Defendant was released on conditions (Doc. 8).

2.  On October 8, 2013, Pretrial Services issued a report to the Court stating Defendant had violated his conditions that included he not commit any offense in violation of

---

[1] AUSA Bedwell was standing in for AUSA Michelle O'Brien who is assigned to this matter.

federal, state or local law while on release in this action. On October 2, 2013, he was arrested by the Mobile Police Department and charged with Theft of Property, 3rd Degree. A hearing to review Defendant's conditions of release was held on October 15, 2013. After hearing argument from counsel and the Assistant United States Attorney, defendant was released on amended conditions, which included location monitoring/home detention (Doc. 23).

3. On November 7, 2013, Pretrial Services issued a second violation report to the Court alleging that Defendant had again violated his conditions that included he not commit any offense in violation of federal, state or local law while on release and other conditions. On the evening of November 6, 2013, Defendant removed his location monitoring transmitter and left his residence without the permission of the probation office. Defendant was subsequently arrested that same evening by the Mobile Police Department for shoplifting.

4. At the hearing counsel for Defendant advised the Court that defendant confessed to the allegations contained in the violation report.

5. Pursuant to 18 U.S.C. § 3148(b), the Court finds that there is clear and convincing evidence that Defendant has violated the Modified Order Setting Conditions of Release dated October 18, 2013 (doc. 23). Further, based on the information contained in the notice of violation and the evidence before the court, the undersigned finds that there are no conditions or combination of conditions that can be imposed that will ensure the safety of the community or assure defendant's presence at future court proceedings.

It is therefore **ORDERED** that the Orders Setting Conditions of Release dated June 20, 2013 (doc. 8) and the Modified Order Setting Conditions of Release dated October 18, 2013 (doc. 23), are hereby **REVOKED.** It is further **ORDERED** that Defendant shall be detained pending further proceedings and committed to the custody of the Attorney General for

confinement in a correctional facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal; that Defendant shall be afforded reasonable opportunity for private consultation with counsel; and that on order of a court of the United States or upon request of an attorney for the United States, that the person in charge of the correctional facility in which Defendant is confined shall deliver Defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding.

Review of this order may be had pursuant to 18 U.S.C. § 3145 (b).

DONE this 14th day of November, 2013.

s/KATHERINE P. NELSON  
UNITED STATES MAGISTRATE JUDGE