# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | | |
|---|---|---|
| JOSHUA SHANE DAVIS, | : | |
| Petitioner, | : | CRIMINAL NO. 13-00130-WS-MU |
| vs. | : | |
| UNITED STATES OF AMERICA, | : | CIVIL ACTION NO. 16-00336-WS |
| Respondent. | | |

## **ORDER**

After due and proper consideration of all issues raised, and there having been no objections filed, the recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(l)(B) and dated May 4, 2017 is **ADOPTED** as the opinion of this Court.

**DONE** this 8th day of June, 2017.

**s/ WILLIAM H. STEELE**
**UNITED STATES DISTRICT JUDGE**