# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | | |
|---|---|---|
| JOSHUA SHANE DAVIS, | : | |
| Petitioner, | : | CRIMINAL NO. 13-00130-WS-MU |
| vs. | : | |
| | | CIVIL ACTION NO. 16-00336-WS |
| UNITED STATES OF AMERICA, | : | |
| Respondent. | | |

## JUDGMENT

In accordance with the order entered on this date, it is hereby **ORDERED**, **ADJUDGED**, and **DECREED** that the government's motion to dismiss (Doc. 51) Joshua Shane Davis's motion to vacate be **GRANTED** and that Davis's motion to vacate (Doc. 44) be dismissed as time-barred pursuant to 28 U.S.C. § 2255(f)(1). Petitioner is not entitled to a certificate of appealability and, therefore, he is not entitled to appeal *in forma pauperis*.

**DONE** this 8th day of June, 2017.

s/WILLIAM H. STEELE
**UNITED STATES DISTRICT JUDGE**